# FILED

# UNDER

# SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Gregory Lee Turpin**

Case Number: **2:19CR00046**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **September 23, 2019**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **30 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **July 16, 2021**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center. The subsistence is waived.

   On July 27, 2021, Turpin failed to return to the RRC and was labeled an absconder from the facility. Turpin was subsequently labeled a program failure.

2. **Do Not Unlawfully Use Controlled Substance** - You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

**RE: Gregory Lee Turpin**

Prob12C
D/NV Form
Rev. March 2017

On July 29, 2021, Turpin submitted a positive drug test for methamphetamine.

3. **Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of 45 days, and you must follow the rules and regulations of the location monitoring program.

☒ Location monitoring technology at the discretion of the probation officer.

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community:

☒ You are restricted to your residence every day from 7:00 p.m. to 7:00 a.m., or as directed by the probation officer.

A. On August 16, 2021, Turpin failed to return to his residence at 7:00 p.m. Turpin did not enter his residence until 7:21 p.m.

B. On August 18, 2021, Turpin failed to return to his residence at 7:00 p.m. as required. Turpin failed to return to the residence at any point that evening even after speaking with the undersigned officer.

C. On August 19, 2021, Turpin failed to charge his location monitoring equipment as instructed. The undersigned spoke with Turpin at approximately 10:15 a.m. and instructed him to return home and charge his equipment. The undersigned officer sent a follow up text message at approximately 1:15 p.m. that the equipment still needed to be charged. Turpin failed to charge the equipment as required.

4. **Follow Instructions Of Probation Officer** - You must follow the instructions of the probation officer related to the conditions of supervision.

A. On August 18, 2021, the undersigned officer received an alert Turpin failed to return to his residence by 7:00 p.m. The undersigned spoke with Turpin over the phone and instructed him to return home. Turpin failed to return home at any point that night as instructed.

B. On August 19, 2021, the undersigned officer spoke with Turpin over the phone after receiving additional alerts of tracker low battery. The undersigned instructed Turpin to return home and charge the location monitoring equipment. Turpin failed to return home as instructed and charge the equipment.

**RE: Gregory Lee Turpin**

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the
information contained herein is true and correct,

Executed on **August 19, 2021**

Digitally signed by
Matthew Martinez
Date: 2021.08.19
16:41:15 -07'00'

Matthew S. Martinez
United States Probation Officer

Approved:

Digitally signed by Ben
Johnson
Date: 2021.08.19 16:34:02
-07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

## *THE COURT ORDERS*

☐    No Action.
☒    The issuance of a warrant.
☐    The issuance of a summons.
☐    Other:

Signature of Judicial Officer

8/23/2021

Date

**RE: Gregory Lee Turpin**

Prob12C
D/NV Form
Rev. March 2017

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**
**UNITED STATES V. GREGORY LEE TURPIN,  2:19CR00046**

**SUMMARY IN SUPPORT OF PETITION FOR WARRANT**
**August 19, 2021**

By way of case history, Turpin was sentenced to 30 months custody followed by a three (3) year term of supervised release for committing the offense of Felon in Possession of a Firearm. On July 16, 2021, Turpin commenced supervision.

Turpin has struggled with compliance since the onset of supervision. On July 27, 2021, the RRC director contacted the undersigned officer and reported Turpin failed to report back to the facility and was placed on the absconder list. Turpin was subsequently labeled as a program failure and not permitted to return to the facility. The undersigned officer contacted Turpin who admitted to drug use and was scared to return to the facility. It should be noted Turpin previously absconded from the RRC facility while under BOP custody as well. Turpin turned himself in to the U.S. Marshall service a few days later. The RRC director gave Turpin another chance to reside at the facility though he was not required too.

On July 29, 2021, Turpin submitted a positive drug test for methamphetamine. Turpin admitted his use and agreed on a modification for 45 days Curfew with Location Monitoring in order to help get him back on track. On August 6, 2021, Your Honor modified Turpin's conditions to include 45 days of Curfew with Location Monitoring. On August 10, 2021, the equipment was obtained and installed.

On August 16, 2021, Turpin was 21 minutes late entering his residence. On August 18, 2021, Turpin failed to return to the residence at all. On August 19, 2021, Turpin admitted he messed up and was loaded on "crystal". Turpin was instructed to return to the residence and charge his location monitoring equipment but failed to do so. The undersigned officer spoke with Turpin's mother who confirmed Turpin failed to return home at all on August 18, 2021.

Turpin has demonstrated he cannot abide by the conditions set forth by this Court. He has only been under supervision a short amount of time and has already amassed numerous violations. Now, given his admission of continued drug use, Turpin is believed to be a risk to the community. As such, we respectfully request a warrant be issues to initiate revocation proceedings. It is further requested Turpin remain detained pending his revocation hearing before this Court.

Respectfully submitted,

Digitally signed by
Matthew Martinez
Date: 2021.08.19
16:41:50 -07'00'

Matthew S. Martinez
United States Probation Officer

**RE: Gregory Lee Turpin**

Prob12C
D/NV Form
Rev. March 2017

Approved:

Digitally signed by Ben
Johnson
Date: 2021.08.19 16:34:34
-07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer