# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Gregory Lee Turpin**

Case Number:  **2:19CR00046**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **September 23, 2019**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **30 Months prison, followed by 36 Months TSR.**

Date of Prior Revocation: **September 27, 2021**

Revocation Sentence: **6 Months prison, followed by 18 Months TSR**

Date Supervision Commenced: **February 18, 2022**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Unlawfully Use Controlled Substance** - You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually.

    On the following dates, Turpin tested positive for methamphetamine:

RE: Gregory Lee Turpin

Prob12C
D/NV Form
Rev. March 2017

- **March 29, 2022**
- **April 26, 2022**
- **May 19, 2022**

2. **Drug Testing** – **You must submit to substance abuse testing to determine if you have used a prohibited substance.** *Testing shall not exceed 104 tests per year.* **You must not attempt to obstruct or tamper with the testing methods.**

   On the following dates, Turpin failed to report for drug testing:

   - May 27, 2022
   - May 28, 2022

3. **Follow Instructions Of Probation Officer** - **You must follow the instructions of the probation officer related to the conditions of supervision.**

   On May 27, 2022, Turpin was instructed by Supervisory United States Probation Officer to report to drug testing, and he failed to report.

4. **Cognitive Behavioral Treatment** – **You must participate in a cognitive behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.**

   On May 16, 2022, Turpin failed to attend his moral reconation therapy (MRT) session.

RE: Gregory Lee Turpin

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 2, 2022**

*Annis C. Seopaul Sones* Digitally signed by Annis Seopaul Sones
Date: 2022.06.02 12:11:28 -07'00'

Annis C. Seopaul Sones
United States Probation Officer

Approved:

*Todd Fredlund* Digitally signed by Todd Fredlund
Date: 2022.06.02 11:47:42 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐   No Action.
X   The issuance of a warrant.
☐   The issuance of a summons.
☐   Other:

_____
Signature of Judicial Officer

6/3/2022
_____
Date

RE: Gregory Lee Turpin

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. GREGORY LEE TURPIN,  2:19CR00046

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
June 2, 2022

By way of case history, Turpin was sentenced to 30 months imprisonment followed by a three (3) year term of supervised release for committing the offense of Felon in Possession of a Firearm. On July 16, 2021, Turpin commenced supervision. After only a month on supervision, Turpin absconded from the Residential Reentry Center, used methamphetamine, violated location monitoring requirements on multiple occasions, missed drug tests, and failed to follow simple instruction from the probation office. On September 27, 2021, Turpin's supervised released was revoked. He was sentenced to six (6) months imprisonment followed by an 18 month term of supervised released. On February 18, 2022, Turpin commenced a second term of supervised release.

At the onset of this term of supervision, Turpin appeared to be motivated to do well. He was very communicative with the undersigned officer. He was initially reporting for drug tests, testing negative, and participating in treatment. However, after a little over a month, Turpin began to struggle with compliance yet again related to drug use and drug testing.

Turpin has tested positive for methamphetamine on the following three dates: March 29, 2022, April 26, 2022, and May 19, 2022. All tests have been confirmed positive by the Abbott Laboratory and Turpin has admitted to such use.

On May 16, 2022, Turpin failed to attend his moral reconation therapy (MRT) session. On May 17, 2022, the undersigned officer contacted Turpin to address why he missed the session. He stated that he did not have transportation. The undersigned officer verbally admonished Turpin for missing his class and informed him that was not a valid excuse because he knows that he has class every Monday evening.

On May 27, 2022, Supervisory United States Probation Officer (SUSPO) Todd Fredlund spoke with Turpin telephonically. Turpin admitted that he used methamphetamine either the day of or the day before his positive test on May 19, 2022. Turpin stated it was his third positive test since commencing supervision. SUSPO Fredlund discussed Turpin needing a higher level of treatment and that the undersigned officer would be in contact with him early next week to schedule an office visit do discuss this matter since he is unable to maintain abstinence. Following the call, SUSPO Fredlund sent a text to Turpin advising he is to test today at TOMO. Turpin acknowledged "Yes sir...". Turpin failed to report to drug testing.

On May 28, 2022, Turpin failed to report to drug testing again.

RE: Gregory Lee Turpin

Prob12C
D/NV Form
Rev. March 2017

On May 31, 2022, the undersigned officer attempted to contact Turpin; however, his phone was going straight to voicemail. The undersigned officer left him a voicemail and followed up with a text message instructing him to contact the undersigned officer.

On June 2, 2022, the undersigned officer attempted to contact Turpin again; however, was unsuccessful. As of the writing of this report, Turpin has not contacted the undersigned officer.

Once again, Turpin has demonstrated he cannot abide by the conditions set forth by this Court. He has only been under supervision a little over three months and is already in violation status. With his ongoing methamphetamine use, Turpin is believed to be a risk to the community. Additionally, the undersigned officer is unaware of Turpin's whereabouts as he has stopped communicating with Probation Office. As such, we respectfully request a warrant be issued to initiate revocation proceedings. It is further requested Turpin remain detained pending his revocation hearing before this Court.

Respectfully submitted,

Digitally signed by Annis Seopaul Sones
Date: 2022.06.02 12:11:53 -07'00'

Annis C. Seopaul Sones
United States Probation Officer


Approved:

Digitally signed by Todd Fredlund
Date: 2022.06.02 11:47:57 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer