# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00046-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| GREGORY LEE TURPIN, JR., | **ECF No. 64** |
| Defendant. | |

   Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, August 25, 2022 at 2:00 p.m., be vacated and continued to October 31, 2022, at 3:00 p.m.

   DATED this 18th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE