# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY LEE TURPIN, JR.,<br><br>    Defendant. | Case No. 2:19-cr-00046-JAD-NJK<br><br>**ORDER**<br><br><br>ECF No. 66 |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, October 31, 2022 at 3:00 p.m., be vacated and continued to January 9, 2023, at the hour of 11:00 a.m.

DATED this 26th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE