# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00046-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | ECF No. 68 |
| GREGORY LEE TURPIN, JR., | |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, January 9, 2023 at 11:00 a.m., be vacated and continued to February 6, 2023, at 2:30 p.m.

DATED this 4th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE